

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00395-CV

| | | |
|---|---|---|
| In re Kevin Abercrombie, Christie Abercrombie, 280 Sports, LLC, and Abercrombie Holdings, LLC, Relators | § | Original Proceeding |
| | § | 352nd District Court of Tarrant County, Texas |
| | § | Trial Court No. 352-331310-22 |
| | § | February 29, 2024 |
| | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered relators' petition for writ of mandamus and holds that the petition should be conditionally granted in part. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its order denying relators' motion to withdraw those admissions that are merits-preclusive (nos. 5–14, and 17–21 for those requested of 280 Sports, LLC; and nos. 2–9 and 12–13 for those requested of Abercrombie Holdings, LLC). The remaining non-merits-preclusive requests for admissions (nos. 1–4, 15–16, and 22 for those requested of 280 Sports,

LLC; and nos. 1, 10–11, and 14 for those requested of Abercrombie Holdings, LLC) are deemed admitted by relators.

It is further ordered that real party in interest David Abercrombie shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell